IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL C. CARTER,

    Plaintiff,

v.                                                                                   CASE NO. 1:11-cv-00097-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 20, 2013. (Doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The final determination of the Commissioner of Social Security to deny plaintiff's application for a period of disability and Disability Income Benefits is AFFIRMED.

**DONE AND ORDERED** this _30th_ day of August, 2013

                                            *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge